**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **BRENDA SHELTON,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) **CIVIL NO. 04-91-WDS** |
| **SHOP 'N SAVE and SUPER VALU, INC.,** | ) ) ) ) |
| **Defendants.** | ) |

# JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on defendant's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of this court dated May 12, 2005, judgment is entered in favor of the defendant, **SHOP 'N SAVE** and against the plaintiff, **BRENDA SHELTON.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on April 20, 2004, judgment is entered in favor of the defendant, **SUPER VALU, INC.,** and against the plaintiff, **BRENDA SHELTON.** This entire case is **DISMISSED** with prejudice. Each party shall bear their own costs.

**DATED** this 12th day of May, 2005.

**NORBERT G. JAWORSKI, CLERK**

**BY:**  *s/Sandy Pannier*
   Deputy Clerk